of the property to the landlords affirmed, with costs.  No opinion.  Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

DAVID BERLIN, Appellant, v. RONADO REALTY COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MITCHELL BOXBERGER, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion.  Kelly, P. J., Jaycox and Manning, JJ., concur; Rich and Kapper, JJ., dissent.

FRANCESCO DIOMEDE, Appellant, v. UNITED MARINE CONTRACTING CORPORATION, Respondent.— Judgment affirmed, with costs.  No opinion.  Kelly, P. J., Rich, Manning and Kelby, JJ., concur; Jaycox, J., dissents.

PHILIP GREEN, Respondent, v. JACOB URDANG, Appellant, Impleaded with Others, Defendants.— Order of the County Court of Kings county striking out the separate and distinct defense and set off reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  The matter pleaded does not constitute a complete defense.  The defendant, appellant, however, is clearly entitled to have the court determine what credit, if any, he is entitled to for partial payments on account of the mortgage.  Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ANTOINE HAUET, Appellant, v. MARY A. KELLY, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Estate of THERINA A. KING, Deceased.  In the Matter of the Estate of BENJAMIN F. TYLER, Deceased.— Order of the Surrogate's Court of Suffolk county modified in so far as it directs the payment to the attorney of $160, costs of the two actions, on the ground that said costs, in the absence of an express agreement, belong to the client.  As thus modified the order is affirmed, without costs.  Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application for Appointment of a Committee of the Person and Property of JOSEPHINE MACK, an Alleged Incompetent Person. (Appeal No. 1.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements.  No opinion.  Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Application for Appointment of a Committee of the Person and Property of JOSEPHINE MACK, an Alleged Incompetent Person. (Appeal No. 2.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements.  No opinion.  Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Appraisal of the Estate of FRANK W. WOOLWORTH, Deceased.  HUBERT T. PARSON and Others, etc., Appellants, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order of the Surrogate's Court of Nassau county affirmed, with costs.  No opinion.  Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

DAVID KARPEL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order granting plaintiff's motion to strike out amended answer of defendant, upon condition, affirmed, with ten dollars costs and disbursements.  No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.